**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Auto, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA Auto Towing of Dallas, LLC** **DBA Auto Towing of San Antonio, LLC** **DBA Auto Towing, Inc** **DBA Auto Services, Inc** **DBA Auto Trans, Inc** **DBA Auto Towing Denver, LLC** **DBA Auto Towing Houston, LLC** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **45-4243472** |
| **4.** | **Debtor's address** | **Principal place of business** **P.O. Box 760819** **San Antonio, TX 78245** Number, Street, City, State & ZIP Code  **Bexar** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

| Debtor | **Auto, Inc.** | Case number (*if known*) | |
|--------|----------------|--------------------------|---|
|        | Name           |                          |   |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

Debtor **Auto, Inc.**　Case number (*if known*) _____
　　　Name

**11. Why is the case filed in *this district?*** 　*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
　　　 Contact name _____
　　　 Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**　*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Auto, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 27, 2017**
MM / DD / YYYY

**X /s/ Michael Stine**                                    **Michael Stine**
Signature of authorized representative of debtor          Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Eric A. Liepins**                                 Date  **April 27, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins P.C.**
Firm name

**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone  **972-991-5591**      Email address  **eric@ealpc.com**

**12338110**
Bar number and State

Fill in this information to identify the case:
Debtor name **Auto, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADVANTAGE FUNDING** 3 DAKOTA DRIVE SUITE 210 LAKE SUCCESS, NY 11042 | | | | $660,637.44 | $0.00 | $660,637.44 |
| **ALLY** PO BOX 9001951 LOUISVILLE, KY 40290-1951 | | | | $159,825.08 | $0.00 | $159,825.08 |
| **Colorado Dept. of Labor & Employment** PO BOX 956 Denver, CO 80201-0956 | | | | | | $111,623.32 |
| **CUSTOM DISPATCH SERVICES LLC** 359 LAKE PARK ROAD #124 LEWISVILLE, TX 75057 | | | | | | $76,516.00 |
| **EVERBANK COMMERCIAL FINANCE** PO BOX 911608 DENVER, CO 80291-1608 | | | | $758,146.48 | $0.00 | $758,146.48 |
| **FARMERS STATE BANK** PO BOX 9 CALHAN, CO 80808 | | | | | | $761,679.32 |
| **FIRST MIDWEST EQUIPMENT FINANCE** PO BOX 857 EBEDFORD PARK, IL 60499-0857 | | | | $377,175.58 | $0.00 | $377,175.58 |

| Debtor | Auto, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Internal Revenue Service**<br>1100 Commerce St., 5024 DAL<br>Dallas, TX 75242 | | | | | | $168,848.21 |
| **Internal Revenue Service**<br>1100 Commerce St., 5024 DAL<br>Dallas, TX 75242 | | | | | | $69,765.83 |
| **LCA BANK CORPORATION**<br>PO BOX 1650<br>TROY, MI 48099-1650 | | | | $93,270.84 | $0.00 | $93,270.84 |
| **Michael Stine**<br>50 Cascade Ct.<br>Colorado Springs, CO 80907 | | | | | | $550,000.00 |
| **PINNACOL ASSURANCE**<br>PO BOX 561434<br>DENVER, CO 80256-1434 | | | | | | $57,180.00 |
| **SANTANDER BANK, NA**<br>PO BOX 14833<br>READING, PA 19612-4833 | | | | $527,742.91 | $0.00 | $527,742.91 |
| **SPECIALTY FUNDING**<br>538 Broadhollow Road Suite 221<br>Melville, NY 11747 | | | | $712,696.88 | $0.00 | $712,696.88 |
| **SPRINT**<br>PO BOX 54977<br>LOS ANGELES, CA 90054-0977 | | | | | | $64,555.32 |
| **Stearns Bank N.A.**<br>PO Box 750<br>Albany, MN 56307-0750 | | | | $98,157.80 | $0.00 | $98,157.80 |
| **TCF EQUIPMENT FINANCE-Auto Pay**<br>PO BOX 77077<br>MINNEAPOLIS, MN 55480-7777 | | | | | | $478,615.39 |
| **UNITED HEALTH CARE**<br>22561 NETWORK PLACE<br>CHICAGO, IL 60673-1225 | | | | | | $83,878.59 |

| Debtor | Auto, Inc. | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Valero Marketing PO BOX 300 AMARILLO, TX 79105** | | | | | | **$64,589.13** |
| **VERIZON WIRELESS PO BOX 660108 DALLAS, TX 75266-0108** | | | | | | **$51,954.06** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

In re **Auto, Inc.**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **21,717.00** |
   | Prior to the filing of this statement I have received | $ **21,717.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 27, 2017** | **/s/ Eric A. Liepins** |
| *Date* | **Eric A. Liepins 12338110** |
| | *Signature of Attorney* |
| | **Eric A. Liepins P.C.** |
| | **12770 Coit Road** |
| | **Suite 1100** |
| | **Dallas, TX 75251** |
| | **972-991-5591  Fax: 972-991-5788** |
| | **eric@ealpc.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Western District of Texas

In re **Auto, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Stine**<br>**50 Cascade Court**<br>**Colorado Springs, CO 80907** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 27, 2017**

Signature **/s/ Michael Stine**
**Michael Stine**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas

In re **Auto, Inc.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 27, 2017**

**/s/ Michael Stine**
**Michael Stine**/**President**
Signer/Title

ADT SECURITY SERVICES  
P.O. BOX 371878  
PITTSBURGH, PA 15250-7878

ADVANCED GROUNDS MAINTENANCE  
4906 PALMER PARK BLVD  
COLO SPGS, CO 80915

ADVANTAGE FUNDING  
3 DAKOTA DRIVE SUITE 210  
LAKE SUCCESS, NY 11042

ALBERT URESTI, MPA  
PO BOX 2903  
SAN ANTONIO, TX 78299-2903

ALL COPY PRODUCTS  
PO BOX 790448  
ST LOUIS, MO 63179-0448

All Copy Products Inc. -AOP  
PO Box 1310 Madrid St.  
Marshall, MN 56258

ALLY  
PO BOX 9001951  
LOUISVILLE, KY 40290-1951

AMERICAN EXPRESS  
PO BOX 650448  
DALLAS, TX 75265-0448

ANN HARRIS BENNETT  
TAX ASSESSOR-COLLECTOR  
Houston, TX 77210-4622

ATLANTIC SPECIALTY INSURANCE COMPANY  
PO BOX 9035  
FARMINGTON, NY 11735

BIGGSKOFFORD  
630 SOUTHPOINT CT  
COLORADO SPRINGS, CO 80906

BLACK HILLS ENERGY
P.O. BOX 6001
RAPID CITY, SD 57709


C & C DISPOSAL,INC
PO BOX 14
PUEBLO, CA 81002


Case-Baldwin Janitorial
P.O. BOX 65
LEWISVILLE, TX 75067-0065


Century Link
PO BOX 29040
Phoenix, AZ 85038-9040


CENTURY LINK-2136
P.O. BOX 29040
PHOENIX, AZ 85036-9040


Chase VISA
PO BOX 94014
PALATINE, IL 60094-4014


CINTAS #562
P.O. BOX 88005
CHICAGO, IL 60680-1005


Cintas Corp.#562
PO BOX 88005
Chicago, IL 60680-1005


Cintas Corporation#082
PO Box 650838
Dallas, TX 75265-0838


CINTAS CORPORATION#66
PO BOX 88005
CHICAGO, IL 60680-1005


Cintas Dallas#492
P.O. Box 650838
Dallas, TX 75265-0838

CINTAS#087  
PO BOX 88005  
CHICAGO, IL 60680-1005

Citi Bank AA Advantage  
PO BOX 78045  
PHOENIX, AZ 85062-8045

Colorado Dept. of Labor & Employment  
PO BOX 956  
Denver, CO 80201-0956

COMCAST  
P.O. BOX 34744  
SEATTLE, WA 98124-1744

CPS ENERGY  
P. O. BOX 2678  
SAN ANTONIO, TX 78289-0001

CUSTOM DISPATCH SERVICES LLC  
359 LAKE PARK ROAD #124  
LEWISVILLE, TX 75057

DENVER WATER  
PO BOX 173343  
DENVER, CO 80217-3343

ENGIE RESOURCES  
PO BOX 9001025  
LOUISVILLE, KY 40290-1025

EVERBANK COMMERCIAL FINANCE  
PO BOX 911608  
DENVER, CO 80291-1608

EXPRESS TOLL  
P.O. BOX 5470  
DENVER, CO 80217-5470

FALCON DISTRIBUTORS  
1305 PECAN STREET  
COLORADO SPRINGS, CO 80904

FARMER'S STATE BANK VISA
P.O. BOX 30513
TAMPA, FL 33630-3513


FARMERS STATE BANK
PO BOX 9
CALHAN, CO 80808


FASTENAL
ATT: JOHN
COLORADO SPRINGS, CO 80907


FIRST MIDWEST EQUIPMENT FINANCE
PO BOX 857
EBEDFORD PARK, IL 60499-0857


FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI, OH 45274-0407


GLACIAL FUNDING
PAYMENT PROCESSING CENTER
SAINT JOSEPH, MN 56374-9586


GLASER ENERGY GROUP
215 AUBURN DRIVE
COLORADO SPRINGS, CO 80909


GPSPRO
1401 MINERAL AVE
LAS VEGAS, NV 89106


GREAT AMERICAN FINANCIAL SVC.
PO BOX 660831
DALLAS, TX 75266-0831


HILL PETROLEUM
6301 RALSTON RD
ARVADA, CO 80002


Hitachi
21925 Network Place
Chicago, IL 60673-1219

INTEGRA
MILWAUKEE, WI 53201-2966


Internal Revenue Service
1100 Commerce St., 5024 DAL
Dallas, TX 75242


Jones, Davis & Jackson PC
PO Box 795219
DALLAS, TX 75379-5219


L & L Disposal
1005 S. EL PASO
Colorado Springs, CO 80903


LCA BANK CORPORATION
PO BOX 1650
TROY, MI 48099-1650


LDC INSURANCE
900 W CHANDLER BLVD.
CHANDLER, AZ 85225


Lease Consultants Corporation
PO Box 71397
Des Moines, IA 50325


Michael Stine
50 Cascade Ct.
Colorado Springs, CO 80907


NEC Financial Services
250 Pahie Avenue, Ste 704
Saddle Brook, NJ 07663-5806


NEC FINANCIAL SERVICES,LLC
PO BOX 100558
Pasadena, CA 91189-0558


North Texas Tollway Authority
P.O. BOX 660244
Dallas, TX 75266-0244

OCCUPATIONAL HEALTH
P.O. BOX 9005
ADDISON, TX 75001-9005


Owen Rental & Service Center, Inc.
James Holmes
4820 Ave. H
Rosenberg, TX 77471


PEERLESS TIRE CO.
5000 KINGSTON ST.
DENVER, CO 80239


PINNACOL ASSURANCE
PO BOX 561434
DENVER, CO 80256-1434


PROGRESSIVE
ATLANTA, GA 30348-5428


PSI Systems,Inc
5950 Omaha Blvd. # 100
Colorado Springs, CO 80915


REMEDY INTELLIGENT STAFFING
PO BOX 802015
CHICAGO, IL 60680-2015


REPUBLIC SERVICES #535
PO BOX  78829
PHOENIX, AZ 85062-8829


REPUBLIC SERVICES #859
PO BOX 78829
PHOENIX, AZ 85062-8829


SAMBA HOLDINGS, INC
DEPT LA 24443
Pasadena, CA 91185-4443


SANTANDER BANK, NA
PO BOX 14833
READING, PA 19612-4833

Sparkletts & Sierra Springs
PO BOX 660579
Dallas, TX 75266-0579


SPECIALTY FUNDING
538 Broadhollow Road Suite 221
Melville, NY 11747


SPRINGS MOUNTAIN WATER
4120 N. NEVADA AVE.
COLORADO SPRINGS, CO 80907


SPRINT
PO BOX 54977
LOS ANGELES, CA 90054-0977


Stearns Bank N.A.
PO Box 750
Albany, MN 56307-0750


Tammie Coffelt
Shane R. Kadlec
5300 Memorial Drive, Suite 725
Houston, TX 77007


TCF EQUIPMENT FINANCE-Auto Pay
PO BOX 77077
MINNEAPOLIS, MN 55480-7777


TRANS LEASE
P. O. BOX 16464
DENVER, CO 80216-0464


TXTAG
P.O. BOX 650749
DALLAS, TX 75265-0749


TXU ENERGY
PO BOX 650638
DALLAS, TX 75265-0638


UNITED HEALTH CARE
22561 NETWORK PLACE
CHICAGO, IL 60673-1225

US AUTO FORCE
7984 Solution Center
CHICAGO, IL 60677-7009


US Bank
PO Box 790185
Saint Louis, MO 63179-0185


Valero
PO BOX 300
AMARILLO, TX 79105


Valero Marketing
PO BOX 300
AMARILLO, TX 79105


Valero Marketing & Supply
PO Box 300
AMARILLO, TX 79105-0300


VALERO-TOW
P.O. BOX 300
AMARILLO, TX 79105-0300


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108


WEST AUTO BODY SHOP
8450 E COLFAX AVE
DENVER, CO 80220


WHISLER BEARING
PO BOX 7623
COLORADO SPRINGS, CO 80933


Worldwide Equipment Sales,LLC
601 Walnut Ct.
ROCKDALE, IL 60436


XCEL ENERGY
P O BOX9477
MPLS, MN 55484-9477

# United States Bankruptcy Court
## Western District of Texas

In re **Auto, Inc.**　　　　　　　　　　　　　　　　　Case No.
　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Auto, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 27, 2017**　　　　　　　　　　　　　**/s/ Eric A. Liepins**
Date　　　　　　　　　　　　　　　　　　　　**Eric A. Liepins 12338110**
　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　　Counsel for **Auto, Inc.**
　　　　　　　　　　　　　　　　　　　　　　**Eric A. Liepins P.C.**
　　　　　　　　　　　　　　　　　　　　　　**12770 Coit Road**
　　　　　　　　　　　　　　　　　　　　　　**Suite 1100**
　　　　　　　　　　　　　　　　　　　　　　**Dallas, TX 75251**
　　　　　　　　　　　　　　　　　　　　　　**972-991-5591 Fax:972-991-5788**
　　　　　　　　　　　　　　　　　　　　　　**eric@ealpc.com**