Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| AUTO INC. | § | |
| | § | Case no. 17-50969-11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

MOTION TO SELL PROPERTY OF THE ESTATE

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.
IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE THE RELIEF REQUESTED MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Auto, Inc.,("Debtor"),Debtor in the above styled and numbered cause and files this its Motion to Sell Property of the Estate ("Motion") and would respectfully show unto the Court as follows:

1. This Court has jurisdiction over this proceeding and the parties and property affected hereby pursuant to 28 U.S.C. §§1334 and 157. Consideration of the Motion

constitutes a core proceeding as defined in 28 U.S.C. §157(b)(2)(A), (K), (M) and (O).

2. The Debtor commenced this proceeding on April 27, 2017 by filing a voluntary petitions under Chapter 11 of the United States Bankruptcy Code. Since the filing of the petition, the Debtors have remained in possession of their assets and continued in operation of their businesses as debtors-in-possession pursuant to 11 U.S.C. §§1107 and 1108.

3. The Debtor is in the automobile towing business in Colorado and Texas.

4. In this capacity the Debtor has amassed a number of trucks. As a result in a downturn of Debtor business, the Debtor no longer needs all of the trucks in its possession.

5. The Debtor seeks to sell the property located a Exhibit "A".

6. IT is the Debtor's intend to sell these trucks over time to obtain a best possible price for this equipment. The Debtor proposes to be allowed to sell the trucks over time so long was the trucks are sold for at least 75% of the Debtor's current value for each truck.

7. There are no liens against the trucks.

8. The Debtor would request that court authorize the Debtor to sell the trucks set forth on Exhibit A free and clear of all liens claims and encumbrances and allow the liens against the trucks to attach to the proceeds of the sale.

9. Debtors would request that the Court allow the Debtors to sell the trucks free and clear of all liens claims and encumbrances and that the net sales proceeds be placed into the Debtor in Possession account with all liens attaching to the proceeds and not

to be distributed without further order of this Court.

WHEREFORE, PREMISES CONSIDERED, the Debtor would request this matter be set down for an Hearing and that upon hearing, this Court enter and Order authorizing the Debtors' Sale of the trucks as set forth herein, and for such other and further relief as the Debtor may show itself justly entitled.

Respectfully submitted,

Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

By: _/s/ Eric Liepins_____
    Eric A. Liepins, SBN 12338110
PROPOSED ATTORNEY FOR DEBTOR

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion was sent to all creditors of the estate via mail on this the 31st day of May, 2017.

_____/s/ Eric Liepins_____
Eric A. Liepins